**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:11 CV 90**

| | | |
|---|---|---|
| JOHN MESSER, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| V | ) | **ORDER** |
| | ) | |
| THE PRUDENTIAL INSURANCE | ) | |
| COMPANY OF AMERICA and, THERMO | ) | |
| FISHER SCIENTIFIC, INC., | ) | |
| | ) | |
| Defendants | ) | |

**THIS MATTER** is before the Court on Jonathan W. Yarbrough's Application for Admission to Practice *Pro Hac Vice* of Jahnisa P. Tate. It appearing that Jahnisa P. Tate is a member in good standing with the Georgia Bar and will be appearing with Jonathan W. Yarbrough , a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Jonathan W. Yarbrough's Application for Admission to Practice *Pro Hac Vice* (#9) of Jahnisa P. Tate is **GRANTED**, and that Jahnisa P. Tate is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Jonathan W. Yarbrough.

Signed: August 2, 2011

Dennis L. Howell
United States Magistrate Judge