THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11-cv-00090-MR-DLH

| | |
|---|---|
| JOHN MESSER, ) </br> ) </br> Plaintiff, ) </br> ) </br> vs. ) </br> ) </br> ) </br> THE PRUDENTIAL INSURANCE ) </br> COMPANY OF AMERICA and ) </br> THERMO FISHER SCIENTIFIC, INC., ) </br> ) </br> Defendants. ) </br> _____ ) | **JUDGMENT** |

For the reasons set forth in the Memorandum of Decision and Order filed herewith, **IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendants' Motion for Summary Judgment [Doc. 23] is **GRANTED**, and the Plaintiff's Motion for Summary Judgment [Doc. 19] is **DENIED**.

Signed: March 29, 2013

Martin Reidinger
United States District Judge