THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11-cv-00090-MR-DLH

| | |
|---|---|
| JOHN MESSER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **J U D G M E N T** |
| ) | |
| ) | |
| THE PRUDENTIAL INSURANCE ) | |
| COMPANY OF AMERICA and ) | |
| THERMO FISHER SCIENTIFIC, INC., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

For the reasons set forth in the Memorandum of Decision and Order filed herewith, **IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendants' Motion for Summary Judgment [Doc. 23] is **GRANTED**, and the Plaintiff's Motion for Summary Judgment [Doc. 19] is **DENIED**.

Signed: March 29, 2013

Martin Reidinger
United States District Judge